AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

EUGENE SMITH,

    Plaintiff,

v.

APPLING COUNTY DETENTION CENTER; and
APPLING COUNTY SHERIFF'S OFFICE,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:22-cv-105

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated November 28, 2022, Plaintiff's Complaint is dismissed without prejudice for failure to follow this Court's Order and failure to prosecute. Additionally, Plaintiff is denied leave to appeal in forma pauperis. This case stands closed.

Approved by: _____

November 28, 2022
Date

John E. Triplett, Clerk of Court
Clerk

_Jamie Sabalza_
(By) Deputy Clerk

GAS Rev 10/2020